OPINION — AG — THE REQUISITIONING AGENCY HAS THE AUTHORITY TO SUBMIT DETAILED SPECIFICATIONS WHEN REQUESTING THE CENTRAL PURCHASING DIVISION (BOARD OF PUBLIC AFFAIRS) TO ACQUIRE ITEMS FOR THE AGENCY'S USE. THE CENTRAL PURCHASING DIVISION IS REQUIRED TO COMPLY STRICTLY WITH THE SPECIFICATIONS SET OUT IN THE REQUISITION. CITE: 74 O.S. 1971 85.4 [74-85.4], 74 O.S. 1971 85.5 [74-85.5] [74-85.5], 74 O.S. 1971 89 [74-89], OPINION NO. 76-104 (PAUL C. DUNCAN)